Prob 22 (VAE Rev 4/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:20CR00144

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dana Ghazi Mustafa | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Anthony J. Trenga | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/6/2021 — TO 1/5/2023 |

OFFENSE:

Interference with Flight Crew Members and Attendants, in violation of Title 49, U.S.C., Section 46504

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 11, 2021
*Date*

Anthony J. Trenga
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF NORTH CAROLINA</u>

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 11, 2021
*Effective Date*

United States District Judge